**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| MARIE JULIANN VENTER, | ) | |
| | ) | CASE NO. 25-56633-lrc |
| DEBTOR. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

TO:  United States Bankruptcy Court
Judge Lisa Richey Craig
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Pursuant to the Bankruptcy Court Rules, the undersigned does hereby notify Debtor Marie Juliann Venter of the Following:

1.

COMES NOW, Schuyler Elliott & Assoc., Counsel in the above-styled Chapter 7 case, (herinafter "Petitioner"), and files this Motion to Withdraw as Counsel, and respectfully shows this Court the following:

2.

On June 13, 2025, Debtor filed a voluntary petition for relief under Chapter 7 of Title 11.

3.

On July 22, 2025, the Chapter 7 Trustee conducted and concluded the 341 Meeting of Creditors.

4.

On July 30, 2025, Petitioner mailed notice of intent to withdraw to Debtor via first class mail at the address listed on Debtor's schedules.

5.

That Schuyler Elliott, 2024 Beaver Ruin Road, Norcross, Georgia 30071, wishes to withdraw as Debtor Marie Juliann Venter's counsel of record.

6.

The undersigned has provided the Debtor Marie Juliann Venter with all withdrawal procedures under Bankruptcy Local Rule 9010-5b (1) and 9010-5b (2).

7.

That service of notices may be made upon Debtor Marie Juliann Venter at her last known address at 902 Overlook Park Lane, Lawrenceville, Georgia 30043 and by Debtor's email at pmventer@aol.com and telephone number 404-944-9544.

WHEREFORE, Petitioner prays for the following:

(a) All hearings be reset;

(b) That Schuyler Elliott & Assoc. be withdrawn as counsel in the above-styled case; and,

(c) That this Court grants such other and further relief as it may deem just and proper.

Dated: July 30, 2025.

                                              Respectfully submitted by,
                                              Schuyler Elliott & Assoc.

                                              /s/   Schuyler Elliott
                                              Schuyler Elliott
                                              Georgia Bar No. 244002
                                              Attorney for Debtor(s)

2024 Beaver Ruin Road
Norcross, GA 30071
(770)209-7999
(770) 209-0033
Email: attorneyschuyler@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| MARIE JULIANN VENTER, | ) | |
| | ) | CASE NO. 2556633-lrc |
| DEBTOR. | ) | |

## NOTIFICATION CERTIFICATE

This is to certify that I, Schuyler Elliott, have notified my client, Marie Juliann Venter of this request for permission to Withdraw by delivering a copy thereof to her by email and her home address at 902 Overlook Park Lane, Lawrenceville, Georgia 30043 and by email to: pmventer@aol.com

Further, this is to certify that I, Schuyler Elliott have given Marie Juliann Venter 14 days written notice of the attorney's intention to request permission to withdraw in accordance with the provision of BLR 9010-5b(1) by the method described in the motion.

Dated: July 30, 2025.

Respectfully submitted by,
Schuyler Elliott & Assoc.

/s/   Schuyler Elliott
Schuyler Elliott
Georgia Bar No. 244002
Attorney for Debtor(s)

2024 Beaver Ruin Road
Norcross, GA 30071
(770)209-7999
(770) 209-0033
Email: attorneyschuyler@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| MARIE JULIANN VENTER, | ) | |
| | ) | CASE NO. 25-56633-lrc |
| DEBTOR. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Schuyler Elliott has filed a Motion to Withdraw as Attorney and related papers with the Court seeking an Order approving the motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion* at **9:45 A.M.** on **September 11, 2025** in **Courtroom 1204**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.gand.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**NOTICE IS HEREBY GIVEN THAT pursuant to BLR 7007-1(c) Debtor has 14 days from the date on the Certificate of Service to file her response to the Motion to Withdraw as Counsel with the court. Failure to file a response shall indicate no opposition to the motion.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you or attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the

hearing. The address of the Clerk's Office is: Clerk, U.S., Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

  Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set fourth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Dated: July 30, 2025.

            /s/  Schuyler Elliott
            Schuyler Elliott
            Attorney for Debtor
            Georgia Bar Number 244002
            2024 Beaver Ruin Road
            Norcross, Georgia 30071
            (770)209-7999
            (770)209-0033 Fax
            Email:  attorneyschuyler@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 30th day of July, 2025 I electronically filed the foregoing **Motion to Withdraw as Counsel, Notification Certificate and Notice of Hearing on same** with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first class United States mail, postage pre-paid, addressed to the following recipients not participating in the CM/ECF system as follows:

Marie Juliann Venter
902 Overlook Park Lane
Lawrenceville, GA 30043
pmventer@aol.com

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

    This 30th day of July, 2025.

                                                /s/ Schuyler Elliott
                                                Schuyler Elliott
                                                Petitioner
                                                Ga Bar. No 244002

2024 Beaver Ruin Road
Norcross, Georgia 30071
(770)209-7999
(770)209-0033-Fax
Email: attorneyschuyler@gmail.com