UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
  SCHUYLER ELLIOTT,

        COUNSEL,

MARIE JULIANN VENTER

        DEBTOR,

CHAPTER 7

CASE NO. 2556633-lrc

## OBJECTION TO
## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Marie Juliann Venter, and I am the Debtor in the above styled Chapter 7 case, and **Object** to Schuyler Elliott's (Lawyer) **Motion To Withdraw As Counsel.** The withdrawal of counsel, particularly without sufficient justification, should be viewed as a violation of this right, leaving the Debtor, Marie Juliann Venter in a vulnerable position, and potentially undermining the fairness of the legal process itself. Allowing such a withdrawal could cause unnecessary delays and prejudice.

    The withdrawal of Schuyler Elliott's representation at this juncture presents a critical challenge to the proper and effective pursuit of Marie Juliann Venter's legal rights. The immediate effect of this withdrawal is the imposition of a significant, if not insurmountable, obstacle: finding and retaining suitable replacement counsel within the remaining timeframe, thereby potentially undermining the fairness and efficacy of the legal proceedings.

1

## **Reasons for Objection**

1. **Reasons why this withdrawal could cause prejudice.**

    - **Time Constraints and Complexities of Finding a New Lawyer:** Locating, interviewing, retaining a new attorney, especially for a case of this nature, requires a considerable amount of time and effort. This is further exacerbated by:

        o The inherent complexity of legal issues, which may necessitate a specific legal expertise not readily available.

        o Limited access to reliable information about lawyers and their services, making the search more difficult.

        o The need to build trust and ensure reliability, particularly for a crucial legal matter.

        o The fact that courts are less likely to grant withdrawal requests if a case is already underway, precisely because it could cause undue delay or prejudice.

    - **Potential Disruption and Delays:** A change of counsel will inevitably lead to delays in the proceedings as the new attorney will need ample time to familiarize themselves with the case, including:

        o Reviewing all relevant documents, evidence, and filings.

        o Understanding the history and nuances of the case.

        o Preparing for any upcoming hearings, deadlines, or other important dates. This delay is not simply an inconvenience but a potentially

2

damaging factor, particularly if there are critical deadlines approaching and collaborating with the Trustee, Neil C. Gordon.

## 2. Undue hardship

- **Difficulty Finding New Counsel:** Locating, interviewing, retaining a new attorney, especially for a case of this nature, requires a considerable amount of time and effort. This is further exacerbated by:

    o   The inherent complexity of legal issues, which may necessitate a specific legal expertise not readily available.

    o   Limited access to reliable information about lawyers and their services, making the search more difficult.

    o   The need to build trust and ensure reliability, particularly for a crucial legal matter.

    o   The fact that **courts are less likely to grant withdrawal requests if a case is already underway**, precisely because it could cause undue delay or prejudice.

- **Ms. Venter has called over fifteen new attorney's** to take over this existing bankruptcy case, and it has been challenging, especially now that the withdrawal occurred after the hearing. Below is the list of Attorneys who were called on August 4, 2025, and all lawyers said they cannot take a bankruptcy case which has had another lawyer involved.

    1. CMC Law (404) 585-0040
    2. Morgan Law Group (678) 597-8755
    3. Johnson Legal, PLLC (615) 386-0075

3

4. Dept Freedom  (404) 913-6992
5. The Williams Law Office LLC (404) 998-2992
6. Atlanta Low-Cost Bankruptcy (470) 539-8288
7. Jonathan Proctor, The Proctor Law Firm, LLC (404) 480-2171
8. King and King (404) 524-6400
9. Law Offices of Stephanie Williams (770) 299-9831
10. Jeff Fields   404) 499-9380
11. Wittenberg Law Firm  (404) 935-3250
12. Clark & Washington Attorneys
13. Lorena Saedi 404) 919-7296
14. Can't Afford a Lawyer PLLC (678) 855-8260
15. Brookhuis Law, LLC (678) 390-8070
16. Cornwell Law Firm  (404) 791-4449

- **Increased Costs:** Ms. Venter has already paid a fixed fee to the withdrawing attorney, and she will need to discuss the refunding of unearned fees and the process for obtaining the case file from the previous attorney.

- **Financial burden:** Ms. Venter cannot emphasize enough about the financial strain of potentially having to pay a new attorney retainer and fees, especially given her current financial circumstances, **which led to the bankruptcy filing in the first place.** Ms. Venter has already paid a fixed fee to the withdrawing attorney, and she will need to discuss the refunding of unearned fees and the process of obtaining the case file from the previous attorney. This would be an undue burden.

4

- **Erosion of Trust and Confidence:** The abrupt withdrawal of an attorney will shake Ms. Venter's confidence and trust, making it difficult to fully engage with and rely on a new legal counsel.

- **Medical or health conditions:** Ms. Venter has faced terrible injury to her mouth due to a dental procedure. She has two nerves in her mouth that are permanently damaged due to poor, painful dental care. This has caused Ms. Venter physical, and mental health issues that hinders her ability to represent herself effectively. Ms. Venter emphasizes that while it's frustrating, and difficult to live with, she actively seeks ways to manage, and cope with the pain and depression. Dental nerve damage symptoms, such as sharp, stabbing pain; throbbing; heightened sensitivity to temperature; or a dull ache clearly affects her ability to perform daily activities like eating, drinking, speaking, and even sleeping. This trauma can be very depressing in her daily life. Ms. Venter has only been able to work 2 days a week and therefore has had to live on credit cards in order to support herself due to her injury. This dental injury has caused her to file a chapter 7 . If the court allows the counsel to withdraw it will cause more undue hardship.

### 3. Insufficient justification for withdrawal.

- Mr. Schuyler Elliott (Lawyer) has not stated reasons for withdrawing and is not sufficient to warrant withdrawal at this stage of the case.

5

- The withdrawal of counsel, particularly without sufficient justification, could be viewed as a violation of this right, leaving Ms. Venter in a vulnerable position and potentially undermining the fairness of the legal process itself.
- Ms. Venter, in Good Faith emailed Mr. Schuyler on 8/5/2025, trying to understand why he withdrew from the bankruptcy case and ask him to reconsider the withdrawal. I have included this email in exhibit 1.

In conclusion, the potential withdrawal of legal counsel at this stage of the proceedings carries a substantial risk of prejudicing against Ms. Venter's ability to effectively pursue her legal rights due to the time and logistical challenges of securing new counsel, the inevitable delays and disruptions, and the resulting financial and emotional strain. The court's primary concern in such matters should be to ensure that the client's interests are protected and that the process remains fair and just.

WHEREFORE, for these and other reasons as may appear to the Court, Marie Juliann Venter respectfully requests that this **OBJECTION TO MOTION TO WITHDRAW AS COUNSEL** be granted.

8/25 2:35 AM                                                                                                               Re: Notice of Withdrawal

**Subject:** Re: Notice of Withdrawal
**Date:** 8/5/2025 10:07:51 AM Eastern Daylight Time
**From:** pmventer@aol.com
**To:** attorneyschuyler@gmail.com

Dear Mr. Schuyler, For the life of me, I do not know why you are withdrawing from my case. The only thing I can think of is I asked you to change my Chapter 7 to a Chapter 13. After you told me over the phone you could do it. I decided after the email you sent me, that I am keeping my Chapter 7, and do not wish to change the filings. Filing a bankruptcy is so stressful. If I somehow hurt your feelings, I am sorry. Please reconsider your withdrawal. I need you to stay on until my bankruptcy is discharged. Have a nice day.

Sincerely,
Marie Venter

In a message dated 7/30/2025 7:03:47 PM Eastern Daylight Time, attorneyschuyler@gmail.com writes:

> Marie, please see attached Notice of Withdrawal.
>
> Sincerely,
>
> Schuyler Elliott
> Schuyler Elliott & Associates, Inc.
> Attorneys at Law
> 2024 Beaver Ruin Road
> Norcross, Georgia 30071
> (770)209-7999 Telephone
> (770)633-9913 Cell
> (770)209-0033
> attorneyschuyler@gmail.com
>
> Excess Foreclosure Funds
> Lawsuits
> Foreclosure Defense
> Bankruptcy Representation
> Bankruptcy Adversary Representation

Exhibit 1.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
SCHUYLER ELLIOTT,

LAWYER,

MARIE JULIANN VENTER

DEBTOR,

CHAPTER 7

CASE NO. 2556633-lnc

CERTIFICATE OF SERVICE

I **Marie Juliann Venter** hereby certify that on August 6, 2025, I have served **Schuyler Elliott, and Neil C. Gordon** this request to **Object to Permission to Withdraw as Counsel** by delivering a copy to the emails and United States Mail with sufficient postage attached thereon to ensure proper delivery.

**Schuyler Elliott**

2024 Beaver Ruin Road
Norcross, Georgia 30071
(770) 209-7999
(770) 209-0033
attorneyschuyler@gmail.com

Neil C. Gordon
**Taylor duma LLP**
1600 Parkwood Circle SE
**Suite 200**
**Atlanta, Georgia 30339**
(404) 640-5917
ngordon@taylorduma.com

*Marie Venter*
Debtor, Marie Venter

**Marie Juliann Venter**
902 Overlook Park Lane
Lawrenceville, Georgia 30043
(404)944-9544
pmventer@aol.com

**This 6th day of August 2025.**

8

Nacre Verter
902 Overlook Park Lane
Lawrenceville, GA 30043

CLEARED SECURITY

AUG 11 2025

U.S. MARSHALS SERVICE
Atlanta, Georgia



US POSTAGE PAID $10.05
Origin: 30096
08/06/25
1227520726-04

PRIORITY MAIL®

0 Lb 1.90 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/09/25

C039

SHIP TO:
75 TED TURNER DR SW
ATLANTA GA 30303-3315

USPS TRACKING® #

9505 5103 4091 5218 3995 20

US Bankruptcy Court
Office of Clerk
Richard B. Russell Federal Building
75 Ted Turner Dr SW
Atlanta, GA 30303